# JOANNA STATON
# BELL COUNTY DISTRICT CLERK
# REQUEST FOR SERVICE

CAUSE NUMBER 25DCV352325

STYLE Trenell Peters, Individually and on behalf of her minor child, T.J.P. v. Killeen Independent School District, Mark Easter and Aierelle Bundrant

TITLE OF DOCUMENT TO BE SERVED  Plaintiff's Original Petition

## TYPE OF SERVICE REQUESTED

| | COST FOR SERVICE | |
|---|---|---|
| | **DISTRICT CLERK** | **SHERIFF/CONSTABLE** |
| ___ Resident Citation | $8.00 | $85.00 |
| ___ Non-Resident Citation | $8.00 | |
| ___ Citation by Restricted Mail | $93.00 | |
| ___ Citation to Secretary of State | $12.00 | |
| ___ Citation to Secretary of State by Certified Mail | $97.00 | |
| _3_ Citation by Certified Mail | $93.00 | |
| ___ Citation by Publication (newspaper) | $83.00 | |
| ___ Citation by Publication (courthouse door) | $83.00 | |
| ___ Show Cause | $8.00 | $85.00 |
| ___ Temporary Restraining Order | $8.00 | $100.00 |
| ___ Notice Application for Protective Order | $8.00 | $20.00 |
| ___ Subpoena | $8.00 | $85.00 |
| ___ Subpoena-Duces Tecum | $8.00 | $85.00 |
| ___ Abstract of Judgment | $8.00 | |
| ___ Order of Sale | $8.00 | $175.00 |
| ___ Capias | $8.00 | $250.00 |
| ___ Notice of Expunction | $8.00 | |
| ___ Order of Expunction | $8.00 | |
| ___ Bench Warrant | $8.00 | $150.00 |
| ___ Writ of Attachment | $8.00 | $250.00 |
| ___ Writ of Execution | $8.00 | $250.00 |
| ___ Writ of Garnishment | $8.00 | $175.00 |
| ___ Writ of Habeas Corpus | $8.00 | $175.00 |
| ___ Writ of Injunction | $8.00 | $125.00 |
| ___ Writ of Possession | $8.00 | $175.00 |
| ___ Writ of Sequestration | $8.00 | $175.00 |
| ___ Expedited Foreclosures | $101.00 | |
| (includes certified & 1st class mail) | | |
| ___ Other: _____ | | |

*******************************************************************

NAME AND ADDRESS OF PERSON TO BE SERVED:
Killeen Independent School District
200 N WS Young Drive, Killeen, TX 76543

Veneble Village Elementary School
60160 Venable Dr.
Fort Hood, TX 76544

Aierelle Bundrant
c/o Killeen Independent School District
200 N WS Young Drive, Killeen, TX 76543

**TO BE SERVED BY:**
___ Bell County Sheriff/Constable
___ Hold for pick up
___ Mail back to Attorney/Attny Box#_____
___ Mail to Address_____
✓ District Clerk

**REQUESTED BY:**
Heather Jackman

**DATE REQUESTED:**
06/17/2025

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Heather Jackman on behalf of JW Zepeda
Bar No. 24127071
h.jackman@jwzlawfirm.com
Envelope ID: 102123725
Filing Code Description: Request for Service
Filing Description: REQUEST FOR SERVICE FOR DEFENDANTS
Status as of 6/17/2025 4:12 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| JW Zepeda | | jw@jwzlawfirm.com | 6/17/2025 4:02:09 PM | SENT |
| Crystal Mott | | c.mott@jwzlawfirm.com | 6/17/2025 4:02:09 PM | SENT |
| Heather Jackman | | h.jackman@jwzlawfirm.com | 6/17/2025 4:02:09 PM | SENT |